IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Nos. 18-po-2923 CG and
                                                                  18-po-2924 CG

BARIS BABAT and
UMIT BABAT,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on review of the record. On September 12, 2018, the Court set a deadline of September 27, 2018, for the parties to file their exhibit lists. (Doc. 13). On October 3, 2018, the United States filed its exhibit list, (Doc. 19), and did not ask for an extension of the deadline set by the Court.

**IT IS THEREFORE ORDERED** that counsel for the United States, Paul Sansone, and his supervisor, shall appear in person on **Friday, October 5, 2018, at 9:30 a.m.** in the **Animas Courtroom, United States Courthouse, 100 N. Church St., Las Cruces, New Mexico**. Mr. Sansone shall be prepared to show cause, if any, why the United States should not be sanctioned for disregarding the Court's deadline for filing exhibit lists.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE